Mark Clayton Choate, Esq., AK #8011070
Jon Choate, Esq. AK #1311093
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (888) 856-3894
Email:  lawyers@choatelawfirm.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICOLE JENSEN,<br><br>          Plaintiff,<br>vs.<br><br>SAFEWAY, INC,<br><br>          Defendant. | Case No. |

**COMPLAINT FOR LOSSES AND HARMS**

(Dated: September 10, 2015)

Plaintiff, NICOLE JENSEN, by and through counsel CHOATE LAW FIRM LLC, complains against Defendant, SAFEWAY, INC., as follows:

**GENERAL ALLEGATIONS**

1.     Plaintiff NICOLE JENSEN was and is a resident of the First Judicial District, residing in Juneau, Alaska.

2.     The event which is subject of the Complaint occurred within the premises of the Safeway Grocery Store ("the premises") located at 3033 Vintage Blvd., Juneau, Alaska, 99801, in the First Judicial District.

3.     Specifically, Defendant owns, operates, maintains and otherwise controls the premises of the Safeway Grocery Store, which is open to the general public.

4.     Defendant SAFEWAY, INC., is a Delaware corporation, doing business in the State of Alaska.

COMPLAINT FOR LOSSES AND HARMS
*Jensen v. Safeway, Inc.,*
Page 1 of 4

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490 Fax:(888) 856-3894

5. This action is brought under the Court's diversity jurisdiction 28 U.S.C. § 1332. Damages exceed $75,000.00.

6. Venue is proper in Juneau, Alaska as the injuries for which damages are sought occurred in that city.

## FIRST CAUSE OF ACTION
### Negligence

7. Plaintiff re-alleges and incorporate by reference paragraphs 1 through 6 as if fully set forth herein, and further state as follows.

On September 24, 2013, JENSEN was a patron on the grocery store premises.

8. JENSEN went to the Safeway store to purchase snacks for workers at her family's business, JENSEN HOME FURNISHINGS.

9. On information and belief, a janitor employed by SAFEWAY, INC., used a bucket with soapy water to clean floors in the area of the store where JENSEN was walking.

10. That employee left soapy water standing in an aisle and made no provision to give notice to store patrons that the floor was slippery and wet.

11. JENSEN entered the aisle and her foot slipped out from underneath her, causing her to fall backwards onto the floor striking her buttocks, upper back and head.

12. As a result of that fall, JENSEN has suffered serious personal injuries.

13. At all times relevant, defendant SAFEWAY, INC. owned, operated, managed, controlled, inspected and/or maintained the subject premises where JENSEN fell.

14. At all times relevant, the janitor who left the soapy water on the floor was an employee of SAFEWAY, INC., and in the course and scope of his employment.

15. SAFEWAY, INC. was negligent in that he failed to give notice to patrons that its janitor had left the floor in a dangerous condition by leaving soapy water pooled on the floor. SAFEWAY, INC., should have minimally:

    a. Cordoned off the wet area until mopping had been completed, giving patrons notice that there was an unsafe condition;

    b. Had another employee present to warn patrons that a dangerous condition existed;

COMPLAINT FOR LOSSES AND HARMS
*Jensen v. Safeway, Inc.,*
Page 2 of 4

c. Taken other reasonable steps to warn and safeguard patrons from stepping in, slipping and falling on the dangerous condition created by its own employee.

16. SAFEWAY, INC., as the owner and/or property manager of the Premises, had a duty to exercise reasonable care in maintenance and management of the premises, including a duty to make its patrons aware of dangerous conditions created by its own employees. The duty exits when an artificial condition was created on the Premises as occurred in this instance.

17. At all times relevant, Defendant SAFEWAY, INC, by and through its agents or employees, owed a non-delegable duty to persons, such as JENSEN to:

    a) Not create a dangerous condition;

    b) Correct the dangerous condition that defendant knew or should have know existed;

    c) Protect Plaintiff NICOLE JENSEN from foreseeable risks;

    d) Use reasonable care in maintaining the premises in a reasonably safe condition, specifically making sure its floors were clear and dry;

    e) Make reasonable inspections and have procedures in place that would warn patrons, like JENSEN, of the dangerous condition created by mopping floors with soapy water;

    f) Hire competent individuals to properly inspect and supervise the premises;

    k) Properly train and supervise employees and/or agents in the proper method of safely cleaning the premises.

18. This breach of duty was negligent and a substantial factor in causing the injuries, harms and losses set forth more fully herein below.

19. As a direct result of the negligence of Defendant SAFEWAY, INC., Plaintiff NICOLE JENSEN, sustained injuries requiring medical care.

20. Plaintiff JENSEN has sustained losses and harms including physical injury; emotional injury, past and future economic losses; past and future medical specials; plus general damages for loss of quality of life, pain and suffering, emotional distress and anxiety, and other related injuries.

COMPLAINT FOR LOSSES AND HARMS
*Jensen v. Safeway, Inc.,*
Page 3 of 4

21. As a direct result of Defendant's negligence, Plaintiff has sustained general and special damages within the jurisdictional limits of this court, the exact amounts to be proven at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff NICOLE JENSEN requests that judgment be entered against the Defendant SAFEWAY, INC., as follows:

1. General damages in an amount that will conform to proof at time of trial;
2. Special damages in an amount within the jurisdictional limits of this Court and according to proof;
3. For pre-judgment and post-judgment interest as provided by law;
4. For attorneys fees and costs as provided by law; and
5. For such other and further relief as this Court deems proper.

DATED: Thursday, September 10, 2015, at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff


By: __/s/Mark Choate_____
    Mark Choate, 8011070
    Jon Choate, 1311093

COMPLAINT FOR LOSSES AND HARMS
*Jensen v. Safeway, Inc.,*
Page 4 of 4