IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICOLE JENSEN,<br><br>            Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>           Defendant. | Case No. 1:15-cv-00010-RRB<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

As stipulated by the parties at Docket 46, filed April 17, 2019, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own respective costs and attorney fees, if any.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 18th day of April, 2019, at Anchorage, Alaska.

                                      */s/ Ralph R. Beistline*
                                      RALPH R. BEISTLINE
                                  Senior United States District Judge